# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Marie E. Hull, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-0610-CV-W-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
|       Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award of Attorney's Fees Pursuant To The Equal Access To Justice Act*, *or Alternatively, Pursuant to 42 U.S.C. §406(b)*, filed November 24, 2010 [Doc. 13]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff is awarded attorney's fees of $907.41 pursuant to the Equal Access to Justice Act.

                                            */s/ John T. Maughmer*
                                          **JOHN T. MAUGHMER**
                                          **U. S. MAGISTRATE JUDGE**